1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 | Assistant United States Attorney

5 |    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6 |    Telephone: (415) 436-6730
   FAX: (415) 436-7169
7
Attorneys for Defendants

**IT IS SO ORDERED**
*Judge Vaughn R Walker*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAN N. NGUYEN, | No. C 09-5470 VRW |
|     Plaintiff, | |
| v. | **STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** |
| ERIC HOLDER, Attorney General of the United States, et al., | |
|     Defendants. | |

Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and will to do so within 30 days of the dismissal of this action.

///
///
///
///
///
///

STIPULATED DISMISSAL
No. C 09-5470 VRW

1  The parties shall bear their own costs and fees.

2  Dated: December 11, 2009                               Respectfully submitted,

3                                                        JOSEPH P. RUSSONIELLO
                                                         United States Attorney
4

5                                                              /s/
                                                         MELANIE L. PROCTOR[1]
6                                                        Assistant United States Attorney

7  Dated: December 10, 2009

8                                                              /s/
                                                         FRANK P. SPROULS
9                                                        Attorney for Plaintiff

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C 09-5470 VRW                        2